UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-CV-08744-AB-PVC | Date: | October 16, 2024 |
|---|---|---|---|

Title: *GS Holistic, LLC v. Touni Mart Inc et al*

Present: The Honorable **ANDRÉ BIROTTE JR.**

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO DEFENDANT TOUNI ABDULNOUR TO SHOW CAUSE WHY HIS ANSWER SHOULD NOT BE STRICKEN AND HIS DEFAULT ENTERED**

Plaintiff GS Holistic ("Plaintiff") has filed a Motion for Order to Show Cause ("OSC Motion") indicating that Defendant Touni Abdulnour ("Defendant") has failed to participate in the preparation of joint pretrial filings and mediation. *See* OSC Motion (Dkt. 62); *see also* Pl. Req. to Deem Timely (Dkt. 70). Defendant failed to appear at the October 11, 2024, Final Pretrial Conference and OSC Motion hearing. Having reviewed the docket, the Court notes that Plaintiff had to unilaterally file the Rule 26 Joint Report because Defendant declined to participate. *See* Pl. Req. to Deem Timely (Dkt. 70) p. 1-2.

In light of Defendant's failure to participate in this case, the Court **ORDERS** Defendant to **SHOW CAUSE**, in writing, why his Answer should not be stricken, and his default entered. Defendant must file a written response **no later than October 23, 2024**. If Defendant does not file a response by that date, the Court will strike his answer and enter his default.

**IT IS SO ORDERED.**